IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00694-GPG

LESLEE ANN MAGBEE,

    Plaintiff,

v.

[NO DEFENDANT NAMED],

    Defendant.

## ORDER OF DISMISSAL

    Plaintiff, Leslee Ann Magbee, initiated this action by filing *pro se* a Complaint (ECF No. 1) and an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) (ECF No. 3).  On April 3, 2015, Magistrate Judge Gordon P. Gallagher entered an order directing Ms. Magbee to cure certain deficiencies if she wished to pursue any claims.  Specifically, Magistrate Judge Gallagher noted that the caption of the *in forma pauperis* motion is blank and that the Complaint does not list a Defendant, does not specify the grounds for the Court's jurisdiction, and does not assert any claims for relief.  Ms. Magbee was warned that the action would be dismissed without further notice if she failed to cure these deficiencies within thirty days.

    Ms. Magbee has failed to cure the deficiencies within the time allowed and she has failed to respond in any way to Magistrate Judge Gallagher's April 3 order.  Therefore, the action will be dismissed without prejudice for failure to cure the deficiencies.

Furthermore, the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith and therefore *in forma pauperis* status will be denied for the purpose of appeal. *See Coppedge v. United States*, 369 U.S. 438 (1962). If Plaintiff files a notice of appeal she also must pay the full $505 appellate filing fee or file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24. Accordingly, it is

ORDERED that the Complaint and the action are dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure because Ms. Magbee failed to cure the deficiencies as directed. It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied without prejudice to the filing of a motion seeking leave to proceed *in forma pauperis* on appeal in the United States Court of Appeals for the Tenth Circuit. It is

FURTHER ORDERED that the Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) (ECF No. 3) is denied as moot.

DATED at Denver, Colorado, this  8th  day of    May   , 2015.

BY THE COURT:

  s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court